**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SEP 1 2 2011

Civil Action No. 11-cv-01734-BNB

GREGORY C. LANGHAM
                                              CLERK

DANIEL LEROY RHODEN,

     Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
KEVIN PALETTA, in His Official and Individual Capacity,
RYAN O'HAYRE, in His Official and Individual Capacity, and
STUART RUYBAL, in His Official and Individual Capacity,

     Defendants.

---

## ORDER DRAWING CASE

---

     Plaintiff, Daniel Leroy Rhoden, by and through his counsel, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court has reviewed the Complaint and has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 12th day of September, 2011.

     BY THE COURT:


     *s/Craig B. Shaffer*
     Craig B. Shaffer
     United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01734-BNB

Daniel Harrison Kyser
Law Office of Daniel H Kyser, L.L.C.
**ATTORNEY TO BE NOTICED**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk