IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01734-PAB-BNB

DANIEL LEROY RHODEN,

Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
KEVIN PALETTA, in His Official and Individual Capacity,
RYAN O'HAYRE, in His Official and Individual Capacity, and
STUART RUYBAL, in His Official and Individual Capacity,

Defendants.

_____

**ORDER TO SHOW CAUSE**
_____

This matter arises on the following:

(1) Order to Show Cause [Doc. # 11, filed 11/17/2011]; and

(2) Motion for Leave to Amend Complaint [Doc. # 31, filed 2/15/2012] (the "Motion to Amend").

The plaintiff has shown cause for his failure to serve the Complaint within the time allowed. In addition, the Motion to Amend is unopposed and amendment would serve the ends of justice.

IT IS ORDERED:

(1) The Order to Show Cause [Doc. # 11] is DISCHARGED; and

(2) The Motion to Amend [Doc. # 31] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 30].

Dated February 21, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge