IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01734-PAB-BNB

DANIEL LEROY RHODEN,

Plaintiff,

v.

RYAN O'HAYRE, in His Official and Individual Capacity, and
STUART RUYBAL, in His Official and Individual Capacity,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)   The **First Amended Motion by Attorney Daniel H. Kyser for Permission to Withdraw Appearance** [Doc. # 69, filed 7/30/2013] (the "Motion to Withdraw"); and

(2)   **Defendants' Unopposed Fourth Motion for Extension of Time** [Doc. # 72, filed 8/1/2013] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Withdraw [Doc. # 69] is GRANTED, and Daniel H. Kyser of the Law Office of Daniel H. Kyser, L.L.C., is relieved of any continuing responsibility in the case.  I caution the plaintiff that he personally is responsible for complying with all court orders and time limitations established by any applicable court rules.

(2)   The Motion for Extension [Doc. # 72] is GRANTED, and the case schedule is

modified to the following extent:

    Discovery Cut-Off:          November 22, 2013

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    December 27, 2013

    Final Pretrial Conference: The final pretrial conference scheduled for November 18, 2013, at 9:00 a.m., is VACATED and RESET to February 20, 2014, at 9:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than February 13, 2014.

Dated August 7, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge