**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01734-PAB-BNB

DANIEL LEROY RHODEN,

    Plaintiff,

v.

RYAN O'HAYRE and
STUART RUYBAL,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 83] of Judge Philip A. Brimmer entered on March 25, 2014, it is

**ORDERED** that The Recommendation of United States Magistrate Judge Boyd N. Boland [Docket No. 82] is **ACCEPTED**. It is further

**ORDERED** that defendants Ryan O'Hayre and Stuart Ruybal's Motion for Summary Judgment [Docket No. 77] is **GRANTED**. Plaintiff's first claim for relief is dismissed with prejudice. It is further

**ORDERED** that plaintiff's fourth, fifth, sixth, and seventh claims for relief are dismissed without prejudice. It is further

**ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff. It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further **ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 26th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk